UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CHUN CHA CHI, | |
|---|---|
| Plaintiff, | No. C08-855MJP |
| v. | MINUTE ORDER |
| ALLSTATE INSURANCE COMPANY, et al., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by August 25, 2008.

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

Filed this 2nd day of September, 2008

BRUCE RIFKIN, Clerk

By: /s Mary Duett
     Deputy Clerk

MINUTE ORDER - 1