UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHI,<br><br>            Plaintiff(s),<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>            Defendant(s). | NO. C08-855MJP<br><br>ORDER TO SHOW CAUSE |

The above-entitled Court, having previously issued a minute order directing the parties to file a Joint Status Report by November 28, 2008 (Dkt. No. 14) or face possible sanctions, notes that no Joint Status Report has been filed in this matter.

IT IS ORDERED that Plaintiff must show cause by no later than **December 10, 2008** why this matter should not be dismissed for failure to prosecute.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December 2, 2008

Marsha J. Pechman
U.S. District Judge

**ORD ON - 1**