# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHUN CHA CHI,

    Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

    Defendant(s).

NO. C0-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Having read all briefing and heard oral argument on Defendant's Motion to Dismiss (Dkt. No. 67), the Court entered the following order:

IT IS ORDERED that the Motion to Dismiss is DENIED.

IT IS FURTHER ORDERED that Plaintiff's counsel will be responsible for paying for the reasonable costs and fees incurred by Defendant in bringing the motion to dismiss; Defendant's counsel shall file an affidavit concerning attorney's fees for the motion by no later than September 15 and Plaintiff counsel's reply shall be due by September 22. Plaintiff's counsel shall remit the fees as ordered by the Court no later than 10 days following entry of the order.

IT IS FURTHER ORDERED that trial currently set for September 14 shall be CONTINUED to **January 25, 2010;** an amended trial schedule will be forthcoming. The noting date for Defendant's pending motions in limine (Dkt. No. 65) is VACATED; Defendant may re-note the motions if necessary.

MINUTE ORDER

IT IS FURTHER ORDERED that the deadline for filing further dispositive motions shall be **October 26, 2009**.

IT IS FURTHER ORDERED that the parties must notify the Court by no later than September 20, 2009 of the name of the mediator chosen for ADR proceedings in this matter.

Filed this 11th day of September, 2009.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
Deputy Clerk

MINUTE ORDER